IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03178-MEH

MARK ANDRE JACK,

    Plaintiff,

v.

CAROLYN  COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on March 21, 2016, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn Colvin and against Plaintiff, Mark Andre Jack.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this 21st  day of March, 2016.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/S. Libid
    S. Libid, Deputy Clerk